**FILED**

Attachment A

**NOV 07 2024**

U.S. DISTRICT COURT
ELKINS WV 26241

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUSTIN DUANE MARTIN )
      Plaintiff pro se, )
)
vs. )
)
USA; BOP; ANTHONY S. BERDLS, )
MD; C. GOMEZ; MR. GARZA; H. L. )
RAY; T. BARNETT; N. RITCHE; A. )
LEE; K. MCNUTT; B. LEIGH; R. GRA- )
HAM; C/O KING, )
)
    Defendants (10 emplo- )
yees in their individual/perso- )
nal capacity only). )
)

HONORABLE: _____
USDC JUDGE

**FEDERAL TORT CLAIMS ACT COMPLAINT**
28 USC 2401(a)(b)(Timeliness)

Civil Action No.: 5:24cv212
*(To be assigned by the Clerk of Court)*

Bailey
mazzone
Prince
October 2, 2024 - Wednesday

## I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671. et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

Bivens vs. Six Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.   Your full name: Justin Duane Martin   Inmate No.: 65889-060
   Address: Hazelton Federal Correctional Institution (FCI), P.O. Box 5000, Bruceton Mills, West Virginia 26525.

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Hazelton Federal Correctional Institution (FCI)

   A.   Is this where the events concerning your complaint took place?
      ☑ Yes    ☐ No

Began at: Elkton Fed. Corr'al. Insti. (FCI), 8730 Scroggs Rd., Elkton,

United States District Court  Ohio 44415        Northern District of West Virginia-2013

Attachment A

If you answered "NO," where did the events occur?

_____

_____

_____

IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court: _____

(If federal court, name the district; if state court, name the county)

3.   Case Number: _____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned: _____

_____

6.   Disposition: _____

(For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing lawsuit: _____

Attachment A

8.  Approximate date of disposition. Attach copies: _____

C.  Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
□ Yes       □ No

D.  If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____

_____

_____

_____

E.  Did you exhaust **ALL** available administrative remedies?
□ Yes       □ No

F.  If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____

_____

_____

_____

G.  If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.  Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

Attachment A

2. Name and location of court and case number: _____
   _____
   _____

3. Grounds for dismissal:    □ frivolous    □ malicious
   □ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
   ■ Yes    □ No

B. If your answer is "YES," answer the questions below:

   1. Identify the type of written claim you filed: See attached EXHIBITS.

   2. Date your claim was filed: See attached EXHIBITS.

   3. Amount of monetary damages you requested in your claim:
      See attached EXHIBITS.

   4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

      i. Date of the written acknowledgment: See attached EXHITS.
      ii. Claim Number assigned to your claim: See attached EXHIBITS.

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes    □ No

United States District Court            10            Northern District of West Virginia-2013

Attachment A

D.  If your answer is "YES," answer the questions below:

1.  Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____

_____

_____

2.  Identify the type of written claim(s) you filed: _____

_____

3.  Date your claim(s) were filed: _____

4.  Amount of monetary damages you requested in your claim(s):

_____

5.  If you received a written Acknowledgment of receipt of your claim(s), state the:

I.  Date of the written Acknowledgment: _____

ii.  Claim Number assigned to your claim: _____

E.  If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes      ☐ No

1.  If you answered "YES," state the:

I.  Date you requested reconsideration: _____

ii.  Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: 2022 ELKTON FCI WARDEN AND BOP TOGETHER UNREASONABLY REFUSED TO PROVIDE PLAINTIFF TIMELY REMEDIAL KNEE SURGERY, IN VIOLATION OF HIS SUBSTANTIVE DUE PROCESS RIGHT/RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT.

Supporting Facts: At Elkton FCI on 10-7-22, Plaintiff's right knee was accidentally broken. Defendant Garza and the BOP together did not give him access to remedial surgery until over 2 months later on 12-19-22. That unnecessary and wanton delay of over 7 days contributed to that surgery's failure.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
BOP/Elkton FCI Health Services employees: Defendants Kathy McNutt (MD; MATO; Nancy Ritche (RN); Angela Lee (RN); Warden Garza.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes       ☐ No

If your answer is "YES," please explain: They acted in the capacity of federal employees, but did not otherwise act constitutionally nor legally as competent Health Care Providers in the case at bar.

CLAIM 2: PLAINTIFF WAS VICTIMIZED BY A BOP CONTRACT SURGEON'S MEDICAL BLUNDER WHICH VIOLATED PLAINTIFF'S 5TH AMENDMENT SUBSTANTIVE DUE PROCESS RIGHT/ RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT. FIRST ORTHOPEDIC SURGEON ANTHONY S. BARDLS, MD.

Attachment A

Supporting Facts: Mercy Boardman Health Center Surgeon, contracted by the BOP, admitted on record that he injuriously botched Plaintiff's 12-19-22 "SP O-PEN PATELLA fx" Orthopedic Surgery needed to "repair" his "right knee fracture on 10-7-22." First Orthopedic Surgeon Anthony S. Berdls, MD.

Identify each federal employee whose actions form a basis for this claim. and state the name of the federal agency that employs each such individual: BOP contract Surgeon who did Orthopedic Surgery on Plaintiff's right knee on 12-19-22. Fed. Bureau of Prisons (BOP). First Orthopedic Surgeon Defendant Anthony S. Berdls, MD.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes      ☐ No

If your answer is "YES," please explain: Surgeon acted under color of Fed. law 'only' in his capacity as a Fed. contract employee, but that Surgeon did not otherwise act in conformity with the U.S. Constitution regarding deliberate indifference to serious medical problem 'standard'. That Surgeon is Mr. Anthony S. Berdls, MD, a contract employee for the USA/BOP.

CLAIM 3: DEFENDANTS BOP, GOMEZ, RAY AND BARNETT EACH AS WELL AS TOGETHER REFUSED TO HAVE PLAINTIFF UNDERGO A REASONABLY TIMELY SECOND SURGERY, IN VIOLATION OF HIS SUBSTANTIVE DUE PROCESS RIGHT/RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT.

Supporting Facts: Since at least 11-8-23, the 4 Defendants named above have been aware of the need for Plaintiff to have a Second Surgery to remedy ill effects of the botched first surgery. Yet, those Defendants unreasonably and wantonly refuse to have that Second Surgery given within 30 days after 11-8-23, which has caused unnecessary physical pain since 11-8-23.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: United States of America (USA); Fed. Bureau of Prisons (BOP); Mid-Atlantic Regional Director C. Gomez; Hazelton FCI Warden H. L. Ray; National Inmate Appeals Administrator Timothy Barnett.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes      ☐ No

Attachment A

If your answer is "YES," please explain: Those 5 Fed. government entities acted in the capacity of a Fed. agency/Fed. agency employees, but did not otherwise act constitutionally nor legally in regards to above CLAIM 3.

CLAIM 4: ELKTON FCI NURSE KATHY MCNUTT AND NURSE RITCHE COMMITTED DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS IN VIOLATION OF HIS SUB- STANTIVE DUE PROCESS RIGHT/RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT.

Supporting Facts: On 10-7-22, McNutt wantonly refused to list Plaintiff's seri- ous knee injury as "urgent," which is why Plaintiff was not then taken to a non-prison hospital and why his knee was not x-rayed. On 10-18-22, Ritche failed to have Plaintiff medically treated when his knee injury was aggrava- ted after he slipped on a wet prison floor while walking with crutches.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Kathy McNutt is a "MD (MAT)" at Elkton FCI. Nancey Ritche is a Registered Nurse (RN) at Elkton. USA; BOP.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☑ Yes      ☐ No

If your answer is "YES," please explain: McNutt and Ritchie each acted in the official capacity that each has, but each of those employees acted un- constitutionally while being employed by the BOP in regards to above CLAIM 4.

CLAIM 5: DEFENDANTS BIRD LEIGH, R. GRAHAM AND C/O KING TOGETHER COMMITTED DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEED, IN VIOLATION OF HIS SUBSTANTIVE DUE PROCESS RIGHT/RIGHT AGAINST CRUEL AND UNUSUAL PUNISH- MENT.

Supporting Facts: BOP issue Plaintiff a wheelchair for periodic mobility and physical theraphy purposes due to his serious knee injury (see 12-19-22, 3- 14-23 and 5-2-23 MEDICAL EXHIBITS). On 8-19-23, with complicity from Graham, King arbitrarily confiscated that wheelchair. Leigh approved that confisca- tion on 9-10-24 unjustifiably.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Leigh is a Physician's Assistant (PA) - C at Hazelton FCI. R. Graham is a "NREMTP" at Hazelton FCI. Mr. King is a regular corrections Officer (C/O) at Hazelton FCI.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," please explain: Those 3 Defendants each were acting in the capacity of a Fed. Employee, but also in violation of their employment duties and Plaintiff's U.S. Constitutional rights in regards to the above GROUND/CLAIM 5.

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. Unnecessary physical pain, severe damage to knee with probable future knee deformity due to: surgery senselessly withheld for over 2 months from 10-7-22; surgery botched on 12-19-22; second surgery cruelly delayed for over 10 months after 11-8-23; irresponsible refusal to provide adequate medical response (CLAIM 4); and reckless disregard of medical need for physical theraphy and mobility assistance (CLAIM 5).

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
AWARD PLAINTIFF: (Claim 1) $100,000 in compensatory damages with $300,000 in punitive damages against both Defendants; (Claim 2) 1 million dollars in compensatory damages with 3 million dollars in punitive damages against both Defendants; (Claim 3) 5 million dallars in compensatory damages with 10 million dollars in punitive damages against each of 4 Defendants; (Claim 4) $100,000 in compensatory damages with #300,000 in punitive damages against both Defendants; (Claim 5) $50,000 in compensatory damages with $100,000 in punitive damages against each of 3 Defendants.

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hazelton Fed. Correctional Institution  on  October 2, 2024  .
          (Location)                                (Date)

Your Signature [1]
Mr. Justin Duane Martin

FOOTNOTE 1:  Please excuse any typographical, grammatical and pro forma errors in this pro se litigation.

**FILED**

NOV 07 2024

U.S. DISTRICT COURT
ELKINS WV 26241

Attachment E

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUSTIN DUANE MARTIN )
)
Plaintiff _pro se_, )
)
VS. )
)
USA; BOP; FIRST ORTHOPEDIC SURGE- )
ON; C. GOMEZ; MR. GARZA; H. L. )
RAY; T. BARNETT; N. RITCHE; A. )
LEE; K. MCNUTT; B. LEIGH; R. GRA- )
HAM; C/O KING,  Defendants. )
)

HONORABLE:
USDC JUDGE

Civil Action No.: 5:24cv212

October 2, 2024 - Wednesday

## Certificate of Service

I, Mr. Justin Duane Martin _____ (your name here), appearing _pro se_, hereby certify that

I have served the foregoing FTC COMPLAINT _____ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

October _____, 2024 _____ (insert date here):

(List name and address of counsel for the defendant)

_____
(sign your name)
Mr. Justin Duane Martin